June 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

REPUBLIC SERVICES, INC., Appellant

NO. 14-12-01054-CV                         V.

MARTHA E. RODRIGUEZ AND CUSTOM COPYING SOLUTIONS, LP D/B/A CORNERSTONE REPORTING, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Martha E. Rodriguez and Custom Copying Solutions, LP d/b/a Cornerstone Reporting, signed August 24, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the order of the court below, granting partial summary judgment and dismissing appellant's claims, **REVERSED** and **REMAND** the cause for further proceedings.

We further order that all costs incurred by reason of this appeal be paid by appellees, Martha E. Rodriguez and Custom Copying Solutions, LP d/b/a Cornerstone Reporting.

We further order this decision certified below for observance.